JOSEPH ZALESKI v. ALBERT D. LIZZI ET AL.
(3730)

DUPONT, C. J., HULL and BIELUCH, Js.

Argued September 20—decision released October 22, 1985

*Mark S. Rosenblit,* for the appellant (plaintiff).

*James J. Scalise,* with whom, on the brief, was *Steven J. Ludwikow,* for the appellee (named defendant).

PER CURIAM. There is no error.